**In re Denver Nicole BAKER, A Minor.**

**Petition of West Mifflin Area School District.**

Supreme Court of Pennsylvania.

Oct. 24, 2001.

### *ORDER*

**PER CURIAM.**

AND NOW, this 24th day of October, 2001, the Petition for Allowance of Appeal is hereby GRANTED, the Order of the Commonwealth Court is VACATED, and the matter is REMANDED for consideration of the merits of the appeal. *See* Pa. O.C. Rule 7.1(a), as amended, effective January 1, 2001.

Jurisdiction relinquished.